| | |
|---|---|
| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)*<br>8:19-CR-00091-JLS |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>2:25-cr-00193-GMN-BNW-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central of California | DIVISION<br>Southern |
|---|---|---|
| Mr. Jose Manuel Solis | NAME OF SENTENCING JUDGE<br>Josephine L Staton | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>December 30, 2024 | TO<br>December 30, 2028 |

**OFFENSE**
Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. 841(a)(a), (b)(1)(B)(viii).

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Jose Solis has no significant ties to the Central District of California and expected to remain in the District of Nevada the remainder of his release. The District of Nevada is requesting to acquire jurisdiction to allow for any future Court related concerns be addressed efficiently by the district wherein the offender is being supervised.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    CENTRAL    DISTRICT OF    CALIFORNIA

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 18, 2025
*Date*

*Josephine L. Staton*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE        DISTRICT OF    Nevada

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 2, 2025
*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Jose Manuel Solis

Case No.: **2:25-cr-00193-GMN-BNW-1**

**REQUEST ACCEPTANCE OF JURISDICTION**

June 27, 2025

TO:  The Honorable U.S. District Judge

The purpose of this correspondence is to request the acceptance of Transfer of Jurisdiction in the above-named case. On July 17, 2020, Mr. Jose Manuel Solis was sentenced in the Central District of California by the Honorable Judge Josephine L. Staton to 77 months custody, followed by a four (4) year term of supervised release for committing the offense of Possession with Intent to Distribute Methamphetamine.

Mr. Solis commenced supervision on December 30, 2024, in the District of Nevada. Mr. Solis has familial ties within the District of Nevada and intends to remain in the supervising district for the duration of her case.

At this time, we are requesting the jurisdiction of her case be accepted in the District of Nevada. The Honorable Judge Josephine L. Staton has agreed to relinquish jurisdiction as evident by her signature on the attached Transfer of Jurisdiction (Prob 22) form. Should the Court agree with this request, please sign the attached Prob 22.

Respectfully submitted,

Digitally signed by Javier Muruato-Cortez
Date: 2025.06.27 15:19:28 -07'00'

Javier Muruato
U.S. Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2025.06.27 15:16:49 -07'00'

Joy Gabonia
Supervisory United States Probation Officer