# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

JOSE MANUEL SOLIS,

      Defendant.

Case No. 2:25-cr-00193-GMN-BNW

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, March 4, 2026 at 10:00 a.m., be vacated and continued to ____June 5, 2026____ at the hour of 11:00 a.m.

DATED this _23_ day of February 2026.

_____
UNITED STATES DISTRICT JUDGE