**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>     v.<br><br>JOSE MANUEL SOLIS,<br><br>      Defendant. | Case No. 2:25-cr-00193-GMN-NJK<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Friday, June 5, 2026 at 11:00 a.m., be vacated and continued to July 1, 2026 at the hour of 10:00 a.m.

DATED this  1  day of    June    2026.

_____
UNITED STATES DISTRICT JUDGE